# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

THOMAS JOSEPH ROBISON, III
ADC #655098                                                                                              PLAINTIFF

V.                                          3:07CV00193 SWW/JTR

CRITTENDEN COUNTY JAIL                                                                      DEFENDANT

## **JUDGMENT**

      Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and  ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.  This dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g).   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

      Dated this 10th day of January,  2008.

      /s/Susan Webber Wright

      UNITED STATES DISTRICT JUDGE